97 A.3d 337

**Curtis BRAXTON aka William Braxton, Petitioner**

v.

**Hon. Gary S. GLAZER, Respondent.**

**No. 69 EM 2014.**

Supreme Court of Pennsylvania.

July 28, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.